NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-0394


ENVIRONMENTAL CONSTRUCTION, INC.

VERSUS

ARROWHEAD CONTRACTORS, INC., AND RANGER INSURANCE
COMPANY


**********

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 00-3197
HONORABLE FRED R. GODWIN, DISTRICT JUDGE

**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of Sylvia R. Cooks, John D. Saunders, and Jimmie C. Peters, Judges.

AFFIRMED


Henry Wadsworth Kinney, III
Kinney & Ellinghausen
1250 Poydras St., Suite 2450
New Orleans, LA 70113
(504) 524-0206
Counsel for: Plaintiff/Appellee
    Environmental Construction, Inc.

Frank C. Miller, III
Attorney at Law
P. O. Box 4537
Lake Charles, LA 70606-4537
(337) 562-1929
Counsel for: Defendant/Appellant
        Arrowhead Contractors, Inc.

William Dale Behan
Behan Law Firm
301 St. Ferdinand St.
Baton Rouge, LA 70802
(504) 346-0516
Counsel for: Defendant/Appellees
        Ranger Insurance Company
        Arrowhead Contractors, Inc.

Georgia Kobos Thomas Esq.
Kinney & Ellinghausen
1250 Poydras St., Suite 2450
New Orleans, LA 70113
(504) 524-0206
Counsel for: Plaintiff/Appellee
        Environmental Construction, Inc.